IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE A.V. HEATH, JR.
ADC #119387                                                          PLAINTIFF

v.                          No. 5:17-cv-209-DPM-JTK

W. STRAUGHN, Warden, Cummins
Unit; CHRIS HORAN, Doctor, Cummins
Unit; ESTELLA BLAND, APN, Cummins
Unit; and LASONYA GRISWOLD, APN,
Cummins Unit
                                                                     DEFENDANTS

ORDER

Unopposed partial recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Heath's claims against Straughn are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2017