# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JESSE A V HEATH, JR.,                                          PLAINTIFF
ADC #119387

v.                  No. 5:17-cv-209-DPM-JTK

W. STRAUGHN, Warden, Cummins Unit;
HORAN, Doctor, Cummins Unit;
ESTELLA BLAND, APM, Cummins Unit;
LASONYA GRISWOLD, APN, Cummins Unit        DEFENDANTS

## ORDER

Joint motion to dismiss Estella Bland, № 27, granted. Heath's claims against Bland are dismissed without prejudice.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

15 February 2018