# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JESSE A. V. HEATH, JR.                                      PLAINTIFF
ADC #119387

v.                          No. 5:17-cv-209-DPM-JTK

HORAN, Doctor, Cummins Unit;    and
LASONYA GRISWOLD, APN, Cummins Unit          DEFENDANTS

## ORDER

In objecting to the recommendation, Dr. Horan raised a new argument about exhaustion and introduced a new affidavit. № 45. The Magistrate Judge is best situated to consider this new material first. The Court therefore declines the recommendation, № 43, without prejudice and returns this case to the Magistrate Judge for further proceedings. After Heath has had an opportunity to respond to the new papers, the Court would benefit from an updated recommendation.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

5 November 2018