# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JESSE A. V. HEATH, JR.                                                      PLAINTIFF
ADC #119387

v.                          No. 5:17-cv-209-DPM-JTK

HORAN, Doctor, Cummins Unit                                              DEFENDANT

## ORDER

**1.** The Court withdraws the reference.

**2.** Joint motion to substitute, № 72, granted. The Court directs the Clerk to substitute Wellpath, LLC, for Defendant Horan on the docket. Heath's claims against all other Defendants, including Horan, are dismissed with prejudice. The Court will dismiss Heath's claim against Wellpath with prejudice after 27 February 2020 unless a party seeks some relief before then. № 71.

So Ordered.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

18 February 2020