# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JESSE A. V. HEATH, JR.                                          PLAINTIFF
ADC #119387

v.                        No. 5:17-cv-209-DPM

WELLPATH, LLC                                                   DEFENDANT

## ORDER

Based on the parties' settlement, Heath's complaint will be dismissed with prejudice. № 71 & № 73.

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

2 March 2020