IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE A. V. HEATH, JR.　　　　　　　　　　　　　　　　PLAINTIFF
ADC #119387

v.　　　　　　　　No. 5:17-cv-209-DPM

W. STRAUGHN, Warden, Cummins
Unit; WELLPATH, LLC; ESTELLA
BLAND, APN, Cummins Unit; and
LaSONYA GRISWOLD APN, Cummins Unit　　　　DEFENDANTS

## JUDGMENT

Heath's complaint is dismissed with prejudice.

_____
D. P. Marshall Jr.
United States District Judge

2 March 2020