IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE A. V. HEATH, JR.  PLAINTIFF
ADC #119387

v.  No. 5:17-cv-209-DPM

WELLPATH, LLC  DEFENDANT

### ORDER

Heath has written to the Court about an issue with his appointed lawyer in this closed civil case. The Court directs the Clerk to file the attached letter *ex parte* and under seal because it contains information about the attorney-client relationship. The Court directs Heath's lawyer to arrange a confidential attorney-client phone call or visit to discuss the matters in the letter. The call or visit must take place no later than 30 May 2022; and counsel must file an *ex parte* status report by 11 June 2022.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 May 2022